IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WESTLEY RETZLER AND | : | |
| LAURA WARDEN, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| EDWARD WALLACE, et al., | : | No. 08-4245 |
| Defendants. | : | |

### ORDER

**AND NOW**, this **24th** day of **June**, **2009**, upon consideration of the motions to dismiss filed by Defendants, Plaintiffs' responses thereto, any replies filed thereon, and for the reasons outlined in this Court's opinion dated June 24, 2009, it is hereby **ORDERED** that:

1. The Motion to Dismiss filed by Russell P. Sacco (Document No. 8) is **GRANTED**.

2. The Motion to Dismiss filed by Bristol Township Police, Edward Wallace, Township of Bristol, Bradford Tolosky, James P. McAndrew, Keith Bertram, and Michael Egan (Document No. 9) is **GRANTED**.

3. The Motion to Dismiss filed by Diane Farago (Document No. 20) is **GRANTED**.

4. The Motion to Dismiss filed by Bucks County District Attorney, Frank Dykes, Timothy Carroll, Robert Gorman, Terry Lachman, John Knowles, and Bucks County Detectives (Document No. 29) is **GRANTED**.

5. The case against all named Defendants, including Jon Farago, is **DISMISSED**.

6. The Clerk of Court is directed to close this case.

BY THE COURT:

**Berle M. Schiller, J.**